**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ROBERT CHARLES HOPES, JR.,**

**Plaintiff,**

**v.**

**LEWIS HACKLEMAN, BRAD THOMAS,
JAMES HUNDT,**

**Defendant.**                                               **No. 08-712-DRH**


**<u>ORDER</u>**

**HERNDON, Chief Judge:**

       This matter is before the Court on a Report and Recommendation ("R&R")issued pursuant to **28 U.S.C. § 636(b)(1)(B)** by United States Magistrate Judge Wilkerson (Doc. 53).  The R&R's conclusion, based on Magistrate Judge Wilkerson's review of the record and applicable case law, is that Plaintiff has failed to properly exhaust his administrative remedies, that the failure was the fault of Plaintiff, and that Plaintiff's Complaint should be dismissed for his failure to exhaust.

       The R&R was sent to the Parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen days of service.  As of this date, the allotted time has expired and no objections have been filed.  Therefore, pursuant to **28 U.S.C. §636(b)** this Court need not conduct a *de novo* review. ***Thomas v. Arn***, **474 U.S. 140, 149-52 (1985)**.  Accordingly, the Court **ADOPTS**

the R&R (Doc. 53) in its entirety and **DISMISSES** Plaintiff's Complaint **with prejudice.**  The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2010.

/s/   *David R Herndon*

**Chief Judge**
**United States District Court**