IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT CHARLES HOPES, JR.,

    Plaintiff,

v.

LEWIS HACKLEMAN, BRAD THOMAS,
and JAMES HUNDT,

    Defendants.                   Case No. 08-cv-712-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated June 22, 2010, judgment is entered in favor of the defendants, **LEWIS HACKLEMAN, BRAD THOMAS and JAMES HUNDT**, and against the plaintiff, **ROBERT CHARLES HOPES, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated November 5, 2008, judgment is entered in favor of the defendant, **M. CROSS**, and against the plaintiff, **ROBERT CHARLES HOPES, JR.** This complaint is **DISMISSED** with prejudice in its entirety.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:      /s/*Sandy Pannier*
                                                        **Deputy Clerk**

Dated: June 22, 2010


APPROVED: /s/ *David R Herndon*
                 CHIEF JUDGE
                 U. S. DISTRICT COURT